PROB 12C
(7/93)

# United States District Court

для

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rickey Boyd  Cr.: 03-00187-001

Name of Sentencing Judicial Officer: Honorable John W. Bissell, U.S. District Judge

Date of Original Sentence: 08/03/04

Original Offense: Conspiracy to Commit Bank Fraud; Bank Fraud

Original Sentence: 30 months imprisonment; 3 years supervised release; $300 total special assessment; $25,703.15 restitution. Special conditions: Drug testing and/or treatment; financial disclosure; and no new debt.

Type of Supervision: Supervised Release  Date Supervision Commenced: 04/26/06

Assistant U.S. Attorney: To be determined  Defense Attorney: To be determined

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' <br><br> During an office visit on July 10, 2007, Boyd submitted a urine specimen which tested positive for cocaine. Boyd admitted using cocaine on July 4, 2007. <br><br> During an office visit on July 25, 2007, Boyd submitted a urine specimen which tested positive for cocaine. |

2     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Boyd failed to report as directed to the Probation Office on July 25, 2006; September 26, 2006; November 28, 2006; December 19, 2006; May 22, 2007; and July 23, 2007.

3     The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Despite numerous efforts by the Probation Office, Boyd has failed to maintain gainful employment.

4     The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $25,703.15; it shall be paid in the following manner: in monthly installments of no less than $50.**'

Since the commencement of supervision, Boyd has only submitted $45 toward his restitution obligation.

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 07/31/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/21/07
Date